[pic]
 COURT OF APPEALS
|Catherine | |Fourth Court of Appeals | |Keith E. |
|Stone | |District | |Hottle |
|Chief Justice | |Cadena-Reeves Justice Center | |Clerk of |
|Karen Angelini| |300 Dolorosa, Suite 3200 | |Court |
| | |San Antonio, Texas 78205-3037 | | |
|Sandee Bryan | |www.4thcoa.courts.state.tx.us | | |
|Marion | | | |Telephone |
|Marialyn | | | |(210) |
|Barnard | | | |335-2635 |
|Rebeca C. | | | | |
|Martinez | | | |Facsimile |
|Patricia O. | | | |No. |
|Alvarez | | | |(210) |
|Luz Elena D. | | | |335-2762 |
|Chapa | | | | |
|Justices | | | | |

 August 13, 2014

 |Susan D. Reed |Sachiko Nagao |
|District Attorney, Bexar County |Official Court Reporter for the 399th |
|Paul Elizondo Tower 1 |District Court |
|101 W. Nueva suite 370 |Cadena Reeves Justice Center |
|San Antonio, TX 78205 |300 Dolorosa, Suite 1054 |
|* DELIVERED VIA E-MAIL * |San Antonio, TX 78205 |
| |* DELIVERED VIA E-MAIL * |
|Barry P. Hitchings | |
|Hitchings & Pollock | |
|645 South Presa | |
|San Antonio, TX 78210 | |
|* DELIVERED VIA E-MAIL * | |

 RE: Court of Appeals Number: 04-14-00367-CR
 Trial Court Case Number: 2012CR8592
 Style: Andres Alfredo Segovia
 v.
 The State of Texas

 Enclosed please find the order which the Honorable Court of
 Appeals has issued in reference to the above styled and numbered
 cause.

 If you should have any questions, please do not hesitate to
 contact me.

 Very truly yours,
 Keith E. Hottle, clerk

 _______________________
 Carmen De Leon
 Deputy Clerk, Ext. 53262

|Andres Alfredo |[pic] |The State |
|SegoviaAppellant | | |

 Fourth Court of Appeals
 San Antonio, Texas

 August 13, 2014

 No. 04-14-00367-CR

 Andres Alfredo SEGOVIA,
 Appellant

 v.

 The STATE of Texas,
 Appellee

 From the 399th Judicial District Court, Bexar County, Texas
 Trial Court No. 2012CR8592
 Honorable Ray Olivarri, Judge Presiding

 ORDER

 The reporter's record was originally due July 7, 2014; however, the
court granted the court reporter, Sachiko Nagao, an extension of time until
August 6, 2014 to file the record. The reporter has filed a notification of
late record, requesting additional time to file the record.

 We grant an additional thirty day extension of time to file the
reporter's record and order Sachiko Nagao to file the record by September
5, 2014. The reporter is advised that the court will not grant a further
extension of time unless she (1) establishes there are extraordinary
circumstances that prevent her from timely filing the record, (2) advises
the court of what efforts have been expended to prepare the record and the
status of completion, and (3) provides the court reasonable assurance the
record will be completed and filed by the requested extended deadline.
 lec

 _________________________________
 Luz Elena D. Chapa, Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal
of the said court on this 13th day of August, 2014.

 ___________________________________
 Keith E. Hottle
 Clerk of Court